RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 1 2 2026
DANIEL J. McCOY, CLERK
BY: ____________

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

United States of America
v.
Justin Chadwick Butler
DOB 12/03/1994

*Defendant(s)*

Case No. 5:26-mj-00038

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 9, 2026 in the county of Caddo Parish in the Western District of Louisiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 115(a)(1)(B) | Influencing, Impeding, or Retaliating against a Federal official |
| 18 U.S.C § 875 | Transmit in Interstate or Foreign Commerce any Communication Containing any Threat |

This criminal complaint is based on these facts:

See below affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

U.S. Capitol Police SA Vincent Veloz
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/12/2026

*Judge's signature*

City and state: Shreveport, LA

Hon. Mark L. Hornsby
*Printed name and title*