# ATTACHMENT A

1. YouTube: On March 12, 2025, BUTLER posted a YouTube "short" video singing part of Johnny Cash's "God's Gonna Cut You Down" The video also includes the caption, "*Over this admin and over US citizens getting taken advantage of.*" The lyrics BULTER is singing in the video are:

"*Well you may throw your rock and hide your hand Workin' in the dark against your fellow man But as sure as God made black and white What's down in the dark will be brought to the light … You can run on for a long time Run on for a long time Run on for a long time Sooner or later God'll cut you down."*

2. TikTok: On September 18, 2025, Butler Posted a video, where he stated:

"*It's all the media and the people in power keeping us divided… no mother fucker half those bitches are racist. We need to start shaming people more and more in daily lives. Instead of side-eyeing them, Say hey that's… you're trash… you're a trash person for thinking like that. Then we Kirk the loyalists.*"

3. TikTok: On September 20, 2025, Butler posted a video, where he stated:

"*I just got a call from an agent. They're mad I'm calling Mike Johnson a traitor, but if you're calling for people protecting free speech to be tarred and feathered, you're a traitor, but if you're a loyalist to a president who is circumventing the checks and balances and intimidating and using the national guard as props, you're a fucking traitor. You support Israel and their genocide more than you do the people of Louisiana; you're a fucking traitor. Loyalist to this admin and what they're doing are traitors. They should be tried for treason and put to death. Pretty sure that's what treason does. So yeah, I can explain all of that over the phone but I'd rather make federal agent waste their time and resources coming out to shit fuck Louisiana and talk to my ass than anything else, so see you soon"*

The post is also captioned:

"*I'd rather be in a federal prison than let the cowards slowly steal our country. I'd rather have some chats with agents than silently allow these fascist, bigoted traitors to keep working against the people."*

*4.* **TikTok**: On September 27, 2025, BUTLER posted a video, where he stated:

*"I'm manifesting, may Netanyahu get violently Kirked by the true America spirit, not those racist piece of shit American spirit we've been seeing. Thanks, baby Jesus." The caption reads, "AMEN."*

5. **TikTok**: On September 29, 2025, BUTLER posted a video, where he stated: *"Maybe I can reintegrate into society when all this white trash is dead. Maybe I go to federal prison, so I don't have to watch the slow downfall of our country. I want to kill the pres.."* (The video ends before he fully says President.)

The video caption reads:

*"Idk how y'all process during this nonsense. President and Speaker are traitors calling for violence and lying to stir up division from the ignorant. Takes a strong or stupid person to just ignore it instead of put them in jail where they belong."*

6. **TikTok**: On October 5, 2025, BUTLER posted a video, where he stated:

*"Mike Johnson is a traitor yes I know [clap, clap]. Have an idea to make his brain blow [clap, clap]. Look him in the eye and then we Kirk and change his mind. We're all aware these traitors gotta go [clap, clap]. Kirk means debate."*

*The video caption reads:*

*"This video is for the federal agents that visited me. If you aren't them, keep scrolling. Kirk means debate.*** nothing else**** DON'T BE EXTREMISTS even if the gov is inciting violence, I am not. I'm simply poeming."*

7. **TikTok**: On October 9, 2025, BUTLER posted a video, where he stated:

*"Gods on our side. … Christians pray with me. 'May the lords righteous judgement ram the repressed Keebler hard and fast…. AMEN'" along with a video of him stating, "I spoke to God today. He said [M.J.]'s a piece of shit and I'm gonna kill him. I'm gonna burst his blood vessel in his brain because he lies too much and allows evil to be done. Thanks baby Jesus, you're so nice. You hear that? It's the holy spirit, he's saying America doesn't fuck with traitors oooohh"*

*8.* **TikTok**: On October 10, 2025, BUTLER posted a video, where he stated:

*"If they keep calling me the radical left, if they keep calling me the radical left, I might just…oh god…go radical"*

The video caption reads:

*"I saw a buf,"*