**GOVERNMENT EXHIBIT**
**6**



**Justin Butler**
March 20, 2025 ·

Maybe if Speaker Mike Johnson didn't take loads of bribes from AIPAC he'd be able to see why Columbia students protested and people everywhere still protest the ongoing genocide in Palestine. Here's an idea since Louisiana is upping it's death penalty spin, lets put the certified war criminal Netanyahu in the chair.

1

Write a comment...

**Justin Butler**
June 13, 2025 ·

Keep the energy we had for Ukraine for our genocidal ally, Israel. If our politicians, (like Speaker Mike Johnson) weren't bought and paid for by AIPAC, maybe some of our tax dollars would go to education, medical care, and other things to actually get America on track to being great and helping our citizens.

Mike has shown more patriotism for Israel than the United States. He thinks they have a right to defend themselves from a threat they've repeatedly cried wolf on for decades, but god forbid the citizens here at home protest the REAL and IMMINENT threat of this administration kidnapping people off streets with no due process. Can't wait till Louisianian's wake up because I know we're better than what we're allowing right now. Tarred and feathered, indeed. See less

2

Write a comment...



Justin Butler
June 28, 2025 ·

If everything devolves more Mike Johnson should be tarred and feathered.

2

Write a comment...

Justin Butler
July 4, 2025 ·

I fear I must go to law school or become an extremist and law school takes too long.

5 9

Most relevant

Michael Tarver · 1y · by author
Same

Reply

Brian Carrell · 1y
I have faith in you. Do law school.

Reply

Denise Radcliff · 1y
Do law school! You would do great!

Reply

Katie Sweeten · 1y
You would be a fantastic lawyer. Do it!! It's never too late.

Reply

Justin Butler · 1y
the administration doesn't respect the courts or the constitution so why would I bust my ass to just gain even more of an understanding of how ridiculous the current situation is? I am truly glad yall still have faith in the system though.

Reply

Katie Sweeten · 1y
Justin Butler even if the hope is gone now, to persevere we have to hope that the future will bring brighter days

If you can, let your frustration and anger fuel you to affect positive change.

Reply

Denise Radcliff · 1y
I have faith in you!

Reply

Justin Butler · 1y
I appreciate yall taking the time to respond even if they made me feel worse.

Reply

**Justin Butler**
July 6, 2025 ·

FAA cuts, planes fall, people die
NOAA cuts, floods get missed, people die
Medicaid cuts, obvious death, and followup repercussions
No monetary cuts to Israel or condemnation allowing their genocide of the Palestinian people to continue

You don't get to shake up a system with "concepts" of a plan resulting in countless deaths without repercussions. You don't get to blindly support all this at the cost of the lives of your constituents, Speaker Mike Johnson. You are complicit in the actions of the administration and the reckless lies you use to enflame the people against an enemy that doesn't exist and your refusal to speak the truth causes you to also be responsible in the deaths caused by them. The direct division you create in the country with your falsehoods is part of the very thing that has allowed this ego parade and wealth transfer to continue.

Your blatant disregard for the damage caused by your continued loyalist support of Trump instead of country order to further your own personal interests is criminal and you aren't fit to be our representative, let alone Speaker of the House of the United States of America. We need strong Americans to repair the damage done from the corruption of country, faith and law that has plagued us, not soulless puppets trying to meet their own personal mandate at the expense of countless lives and immeasurable suffering.

No due process, no respect for the positions of power, no regard for constitution or rule of law, no care for the lives of the people or future generations. It's inexcusable and for this reason, I, judge of nothing, sentence them to death-- along with anyone else that continues to allow this mockery to be made of my country.

Ehh, went a little off the walls at the end there. But I stand by it. I should never hold power, but neither should they.

"Uphold the Constitution, laws, and legal regulations of the United States and of all governments therein and never be a party to their evasion." House Ethics Manual **See less**

FILES.KFF.ORG
**files.kff.org**

1

Justin Butler
August 2, 2025 ·

Aunt Brandy, If Jesus is lit and I'm the light, then this is me trying to illuminate some nastiness in the hope that one of his followers might help. Our direct representative is a genocide supporter and shameless loyalist to a Trump administration that shirks not only the Constitution but also the people. Speaker Mike Johnson has no business representing anyone, especially in today's climate we can't afford a "yes man". We need people questioning the way things have been and questioning where we are going as a country. We need a representative asking himself how to bring us closer together, not divide us more.

I have faith my Aunt was in contact with NOT EVIL people. This is the closest I'm gonna ever come to praying. One of yall, please help our area see past the lies and hate and find a candidate that has a conscience. I'm trying where I can and still brainstorming ways I can affect change, but I'm not very built for this in the best of times and I'm very very angry currently which isn't very helpful.

"Kill the soul, turn a profit, what lives on? Southern Gotham"




YOUTUBE.COM
Hayley Williams - True Believer (Official Visualizer)

2

Most relevant

Justin Butler · 1y
Jesus can't forgive our silence as our country commits genocide and human rights violations, the sins are too big. May you get the afterlife you deserve.

Reply

**Justin Butler**
August 26, 2025 ·

Republicans sure don't stand for small government anymore with all the federal overreach this admin is ATTEMPTING. So if it isn't racism and none of us are rich enough to make voting for them and the legislation they pass worth it, what is it?

It's not religious freedom. It's not personal liberty. What is it?

Maybe last decade there was a time where either party was remotely acceptable. But now, if you are still republican and still supporting this administrations actions. There's something wrong with you as far as I'm concerned. No one can give me a valid reason that holds up to the least bit of fact checking.

Register your party as "f-- democrats" or something, but stop blindly supporting a group that thinks of you as cattle.

Caddo Parish is about 1/3 Dem, 1/3 Rep, and 1/3 other. And that's AFTER the gerrymandering that excluded our Shreveport neighbors. They've made the districts cuts just so it looks redder than it is. We aren't alone. Think about the down turn of Trump flags locally. We know it's wrong, and if enough of us call a traitor and enabler @Speaker Mike Johnson EXACTLY what he is. We can get him out and SHOW the strength of the people of this country and state.

Once again, feel free disagree, I'd love for someone to talk some sense into me. But we all see what's happening and we all know it isn't normal or acceptable. Free Palestine. Abolish ICE. See less

2 1

Write a comment...

**Justin Butler**
August 27, 2025 ·

Death to the IDF and any supporters of Israel's genocide. We might have time to let our country falter. They do not and we are responsible.

3

Most relevant

**Justin Butler** · 1y
Speaker Mike Johnson Top of the list of enablers for their evil actions. Votes for our money to go to them too.

Reply

**Justin Butler** · 1y
But, we can't have healthcare.

Reply



**Justin Butler**
August 27, 2025 ·

Death to the IDF and any supporters of Israel's genocide. We might have time to let our country falter. They do not and we are responsible.

3

Justin Butler
September 3, 2025 ·

What I posted about yesterday. Mike Johnson is a coward, pedo hider, bootlicker, traitor to our country.

MS NOW
September 3, 2025 ·

"It's hardly a document release."
Rep. Thomas Massie, R-Ky., and Rep. Ro Khanna, D-Calif., join @chrislhayes on @allinwithchris and react to the House Oversight Committ... See more



**Justin Butler**
September 9, 2025 ·

Death to Speaker Mike Johnson and death to all traitors to our country. @President Donald J. Trump (After they've been tried and convicted of treason). Gotta hold people accountable to get these immoral assholes in line, because they aren't gonna get it together because of God, despite what they proclaim. Start with the bottom, THEN we can fix our country. Fuck Israel's genocide and all of us for enabling this system. OR just let them keep playing red v blue while the important shit is swept under the rug, you keep going to work and ignoring our country slipping further and further away from where we should be at this point. **See less**

1 2

View more comments

**Justin Butler** · 1y
treason is punishable by death, idk what you're on about. Just go be a quiet racist in the corner.

Reply

Write a comment...



**Justin Butler**
September 29, 2025 ·

the racist white trash dead yet? I can't reintegrate into this shit society we're allowing until they're dead and things go back on the upswing. That includes scum like Donald J. Trump and Speaker Mike Johnson. Traitors to the country.

Write a comment...



**Justin Butler**

December 20, 2025 ·

I really hope I see lots of dead ICE agents and Traitor Mike with a patriotic bullet through his lying face soon. Would make watching my country circle the drain before it fails worth it. If they don't listen locally or federally I think holes in traitors faces is the next step.

HELLO AGAIN FEDERAL AGENTS. I'm not saying kill Mike, I'm saying their admin should be put to death for selling us and our country out to make a quick buck.

1

Write a comment...

**Justin Butler**
December 25, 2025 ·

Sure hope someone kills Trump and Mike Johnson this Christmas in a way unrelated to this post. I don't have a two second memory and the traitors in our country need purged before we can rebuild.

1

**Justin Butler** · 39w · Author
Natanyahu too. I need to see that man's head exploded like a melon.

Reply

Write a comment...



**Justin Butler**

January 1 ·

My new years resolution is to be meaner, and maybe get arrested by the feds for calling Mike Johnson a traitor that should be burned alive. Along with anyone else still supporting this regime.

I still haven't forgotten the sum of actions taken at the beginning of the presidency. Elon Musk, DOGE. Distraction after distraction. Setup by those in power. A Speaker of the House SHOULD be a tool to counter it.

Our representative is a traitor though, propping up this money laundering, pedo hiding, drug ring of a regime. So yeah, he should be tried and executed. Let's make America SERIOUS again. **See less**

Write a comment...

**Justin Butler**
January 6 ·

Speaker Mike Johnson is a traitor.

Death to traitors.

Write a comment...



**Justin Butler**
January 8 ·

Hope  a federal agency murdering our citizens is enough of a reason to wake people up. Bonus points if it's enough reason for someone to shoot the people responsible in the face, like the traitors  Speaker Mike Johnson and Donald J. Trump. Abolish ICE and send those involved to jail.

Write a comment...



**Justin Butler**

January 31 ·

Are the traitors shot in the face yet? I'd like to get my life together but it's not gonna happen until we fix our country a bit.

Write a comment...



**Justin Butler**

February 5 at 8:33 AM ·

Anyone shot traitor Speaker Mike Johnson in his face yet? Is Louisiana ready to accept a few VERY bad faith actors are attempting to steal our fucking country? Either side can see the outright lies being spouted and the harm to our nation. He needs tried and hanged. This isn't me being dramatic. Not traitors to our ideals. TRAITORS. COMPROMISED. COUP.

They're failing. But the attempt is being made.

Let's get it together Louisiana patriots. They think we're gonna be data centers and cattle to their sick island power moves and continue to let them use us without representing us. Hell no, we're waking up and we're cleaning fucking house.

If our officials are working for Israel more than us, time to send them packing.



**Justin Butler**
February 8 ·

Congress isn't equipped to deal with this, they're equipped to fund-raise.

Clear the bad faith actors mucking our Legislative branch so it can start to work to clear the rest of the gunk that's happening in our Democracy.

Oust Mike Johnson, the loyalist scum. Tried, Sentenced, Publicly executed.

1