GOVERNMENT EXHIBIT 4

# #6459387 IMA MAIL ON OTHER

| Submitted | Received via | Requester |
|---|---|---|
| August 27, 2025 at 9:18 PM | Web Service | Justin Butler <juchbu@yahoo.com> |

| Status category | Ticket status | Type | Priority | Group | Assignee |
|---|---|---|---|---|---|
| Closed | Solved | - | - | Staff Assistant | [redacted] |

| Channel | Custom Subject | Original Submission Date | Topic | Response requested? |
|---|---|---|---|---|
| Web | IMA MAIL ON OTHER | August 27, 2025 | Other | Yes |

**Justin Butler** August 27, 2025 at 9:18 PM

**[Message]**
**Constituent Information**
NAME: The Honorable Justin Butler
ADDRESS: 7486 Henderson Gin Rd. , Shreveport, LA 71107
EMAIL: juchbu@yahoo.com
PHONE: 3187807556

**Message**
ISSUE OF CONCERN: OTHER
MESSAGE: My issue is my representative is a traitor to the country.
Fix yourself and work for the American people. Stop being blindly supportive of Trump. Stop supporting Israel's genocide. Stop sending them money. Maybe spend money on healthcare that 1/3 of us use instead of inflating ICE's budget to continue to commit unlawful actions against American citizens and law abiding immigrants. Condemn Israel's genocide. Abolish ICE, they're a stain on our country. Get your shit together before the people get it together for you, fucking scum. You know what you do and what you stand for and who you take advantage of and I'm not gonna pretend you don't. TARRED AND FEATHERED, indeed.
RESPONSE REQUESTED?: Y
SUBSCRIBE TO NEWSLETTER?:

*************Additional Information:**********************
In case you receive an email with threatening language, please contact U.S. House Information Security office at 202-226-4988 and provide the following data:
Submitted on: 8/27/2025 9:13:43 PM
IP Address: https://urldefense.com/v3/__http://143.228.127.1__;!IFr0YZsIsFWxTZsBm-qTAg68!lZWsuca8FnjBi6YPt45mdwWG6bAXSmY6t5NhVzcXQUWRUNWxUiBiSr_4dg_lQG0FyjnJy0-ulhUOjdn4qCgbeXlkwnSKsHvCJAdaSXwRams$
Submission URL: https://mikejohnson.house.gov/contact/contactform.htm?zip5=71107&zip4=
Browser used: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:142.0) Gecko/20100101 Firefox/142.0
Submission ID:
TRANS PROV: XKLMQZ

Support Software by **Zendesk**

# #6500486 SUBSCRIBE to newsletter

| Submitted | Received via | Requester |
|---|---|---|
| September 3, 2025 at 10:47 AM | Web Service | Justin Butler <juchbu@yahoo.com> |

| Status category | Ticket status | Type | Priority | Group | Assignee |
|---|---|---|---|---|---|
| Closed | Solved | - | - | - | - |

| Channel | Custom Subject | Original Submission Date |
|---|---|---|
| Web | SUBSCRIBE to newsletter | September 3, 2025 |

**Justin Butler** September 3, 2025 at 10:47 AM

**[Message]** Subscribe juchbu@yahoo.com to newsletter.

**************Additional Information:**********************
In case you receive an email with threatening language, please contact U.S. House Information Security office at 202-226-4988 and provide the following data:
Submitted on: 9/3/2025 10:43:32 AM
IP Address: https://urldefense.com/v3/__http://143.228.127.1__;!!Ckt11KVezJIME51BYf4a6hrLATHilnk!HFY6vy9-2YH2FQ1ZUClfx_J4GyBvlNp9uY0Xt8EXPrcA12apu6n_khDcWYdeKafWtijObDOefQtF8LaVsAXtW_FKtHoAKpDHMv0rDuMCk9I$
Submission URL: https://mikejohnson.house.gov/
Browser used: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:142.0) Gecko/20100101 Firefox/142.0
Submission ID:
TRANS PROV: XKLMQZ

Support Software by **Zendesk**

# #6500485 IMA MAIL ON WOMEN

| Submitted | Received via | Requester |
| --- | --- | --- |
| September 3, 2025 at 10:47 AM | Web Service | Justin Butler <juchbu@yahoo.com> |

| Status category | Ticket status | Type | Priority | Group | Assignee |
| --- | --- | --- | --- | --- | --- |
| Closed | Solved | - | - | Correspondence | Redacted |

| Channel | Custom Subject | Constituent call back? | Original Submission Date |
| --- | --- | --- | --- |
| Web | IMA MAIL ON WOMEN | Yes | September 3, 2025 |

**Response requested?**
Yes

**Justin Butler** September 3, 2025 at 10:47 AM

**[Message]**
**Constituent Information**
NAME: Ms. Justin Butler
ADDRESS: 8310 Dixie Blanchard Rd Lot 107, Shreveport, LA 71107
EMAIL: juchbu@yahoo.com
PHONE: 318-780-7556

**Message**
ISSUE OF CONCERN: WOMEN
MESSAGE: Full files, not your resolution. Real transparency. Also introduce a bill to tar and feather traitor congressman to our country.
RESPONSE REQUESTED?: Y
SUBSCRIBE TO NEWSLETTER?:

**************Additional Information:**********************
In case you receive an email with threatening language, please contact U.S. House Information Security office at 202-226-4988 and provide the following data:
Submitted on: 9/3/2025 10:46:23 AM
IP Address: https://urldefense.com/v3/__http://143.228.127.1__;!!Fr0YZsIsFWxTZsBm-qTAg68!lcLjF2oXCD769gcYZrTqRZKcpgltYECBf-WM2VJ6b5dtXU5cRURt84vzX2QVKmpZLbLojH9iseeTUreKojbVXgOdUSnpQ2M5Gu6tJF48ZLA$
Submission URL: https://mikejohnson.house.gov/contact/contactform.htm?zip5=71107&zip4=
Browser used: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:142.0) Gecko/20100101 Firefox/142.0
Submission ID:
TRANS PROV: XKLMQZ

**Colby Hebert** September 4, 2025 at 2:49 PM — Internal note

Called

Support Software by **Zendesk**

Justin Butler

Assign this conversation

GOVERNMENT EXHIBIT
5

Jul 28, 2025, 1:12 PM

I just saw the FOX interview that said Republicans across the country are gonna blitz to explain the BBB. When and where can I expect Mike to explain himself since he is my direct representative?

Auto reply: We work diligently to ensure every constituent is heard & receives a response. While we check FB regularly, the best way to connect with us is through our website at https://mikejohnson.house.gov/contact.

Thanks for reaching out,
Mike

Automated response. Manage Automations

Reply in Messenger...